UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALIXPARTNERS, LLC,
a Delaware limited liability company

  Plaintiff

vs.

GARY M. KORNMAN,
an individual, and
MICHAEL M. KORNMAN,
an individual, jointly and severally

  Defendants
_____/

Civil No.

3 04 CV 2417 D

## COMPLAINT ON AN ACCOUNT

1.  Plaintiff is a limited liability company organized under the laws of the State of Delaware having its principal place of business in the State of Michigan, and defendants are citizens of the State of Texas. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00. Jurisdiction is founded on diversity of citizenship and amount.

2.  Defendants, jointly and severally, owe plaintiff $91,805.68 according to the account annexed hereto as Exhibit A.

Wherefore, plaintiff demands judgment against defendants, jointly and severally, for the sum of $91,805.68, interest, and costs.

Dated: November 9, 2004

Sheldon S. Toll (Texas No. 20107080)
2100 McKinney Ave., Suite 800
Dallas, TX 75201
(214) 647-7500
lawtoll@comcast.net



**AlixPartners** LLC
| *Change the outcome.*

Detroit   New York   Chicago   Dallas

June 18, 2004

Robert Petty
Lynn Tillotson & Pinker
750 N. St. Paul
Suite 1400
Dallas, TX 75201

Re:   AE Marketing v Jenkins-Baldwin                    Federal ID 38-3637158
_____
For Professional Services:

| | |
|---|---|
| Total Fees Due | $   83,058.75 |
| Total Expenses Due |      8,746.93 |
| | -------------- |
| Total Amount Due Upon Receipt | $   91,805.68 |
| | ============== |



EXHIBIT A

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

RECEIVED NOV 9 2004 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**DEFENDANTS**

**304 CV 2417 D**

(b) County of Residence of First Listed Plaintiff: **Oakland Co., MI**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Dallas Co. TX**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Sheldon S. Toll
Sheldon S. Toll PLLC
2100 McKinney Ave. Ste 800, Dallas TX 75201
214-647-7500

Attorneys (If Known)
Mark Bennett
Bennett, Weston & Lajone, P.C.
1750 Valley View Ln, Ste 120, Dallas TX 75234
214-691-1776

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Checkboxes for Contract, Torts, Forfeiture/Penalty, Bankruptcy, Other Statutes — "190 Other Contract" checked]

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Complaint on an Account, diversity of citizenship, 28 U.S.C. 1332

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 91,805.68
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 11-9-04
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____